BEFORE THE SECOND DIVISION, MARCH 18, 1960

No. 63977.—Morris Friedman *v.* United States, protests 58/12069 and 58/23222 (Philadelphia).

Opinion by Ford, J.   In accordance with stipulation of counsel that the mer-chandise consists of nonelectric dry shavers similar in all material respects to those the subject of Abstract 63302, the claim of the plaintiff was sustained.